# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-206 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL W. RIVERA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Violation Reports were filed in this case on September 29, 2023, and February 28, 2024. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 30, 2024. The defendant admitted to the following violations:

1. New Law Violation; and
2. Noncompliance with Treatment Services.

The magistrate judge filed a report and recommendation on May 20, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on June 11, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney Darin Thompson, representing the defendant; the defendant Michael W. Rivera, and United States Probation Officer Matti Liebler.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 9 months, to be served concurrently with the unexpired sentence in case number 23CR000833 in Lake County Court of Common Pleas. Defendant is to receive credit for time served to date. No supervised release to follow.

**IT IS SO ORDERED**.

Dated: June 11, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**